

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-8-2012

# In re: Brenneis A. Nesbitt

Precedential or Non-Precedential: Non-Precedential

Docket No. 12-1159

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"In re: Brenneis A. Nesbitt " (2012). *2012 Decisions*. Paper 1439.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/1439

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

DLD-106                                                        NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-1159
_____

IN RE:  BRENNEIS A. NESBITT,

Petitioner
_____

On a Petition for Writ of Mandamus from the
District Court of the Virgin Islands
(Related to D.V.I. Crim. No. 04-cr-00077/D.V.I. Civ. No. 09-cv-00126)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
February 2, 2012
Before:  AMBRO, JORDAN AND VANASKIE, Circuit Judges

(Opinion filed February 8, 2012)
_____

OPINION
_____

PER CURIAM

On January 24, 2012, Brenneis Alister Nesbitt filed a petition for writ of

mandamus requesting that we direct the District Court to rule on a motion that he had

filed pursuant to 28 U.S.C. § 2255.  On that same day, the District Court ruled on

Nesbitt's § 2255 motion.  In light of the District Court's action, the question Nesbitt

presented is no longer a live controversy, so we will deny the petition as moot.  See, e.g.,

Lusardi v. Xerox Corp., 975 F.2d 964, 974 (3d Cir. 1992).